United States District Court
Southern District of Texas
ENTERED
AUG 27 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 26 1998
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO BARRIENTES, § | |
| Petitioner, § | |
| § | |
| VS. § | CASE NO. B-89-044 |
| § | |
| GARY L. JOHNSON, Director, § | |
| Texas Department of Criminal Justice, § | |
| Institutional Division, § | |
| Respondent. § | |

## ORDER

Before the Court is the Petitioner's Rule 59(e) Motion to Alter and Amend this Court's February 27, 1998 Order Granting and Denying, in Part, Petitioner's Petition for Post-Conviction Writ of Habeas (Following Dismissal without Prejudice for Failure to Exhaust State Remedies) and Denying Respondent's Motion for Summary Judgment.

To no avail, in August of 1995, this Court issued an Order attempting to guide the State Court by emphasizing the error in this case. A second Order issued on February 27, 1998. This Court remains convinced that the Petitioner's death sentence should be vacated and is of the opinion that the Petitioner was not afforded sufficient protections guaranteed by the U.S. Constitution, clearly satisfying the more restrictive standards effected by the Anti-terrorism and Effective Death Penalty Act. Furthermore, this Court Denied the Respondent's Motion to Reconsider the 1998 Order, and obviously disagrees with the Respondent's argument that the Petitioner's claims should be "procedurally barred because he did not fairly present the substance, or factual basis, of his claims to the state courts in a procedurally correct manner." Notwithstanding, the Court's Order is clear and should not have to be amended.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Petitioner's Rule 59(e) Motion to Alter and Amend this Court's February 27, 1998 Order Granting and Denying, in Part, Petitioner's Petition for Post-Conviction Writ of Habeas (Following Dismissal without Prejudice for Failure to Exhaust State Remedies) and Denying Respondent's Motion for Summary Judgment should be and is hereby DENIED.

Done this 26th day of August, 1998, in Brownsville, Texas.

                                              Filemon B. Vela
                                              United States District Judge

ClibPDF - www.fastio.com