

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 26 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO BARRIENTES, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. B-89-044 |
| GARY L. JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, | ) |
| Respondent. | ) |

**ORDER GRANTING LEAVE FOR DAVID D. KARR TO WITHDRAW AS ATTORNEY-IN-CHARGE FOR PETITIONER AND FOR HOWARD M. HAENEL TO APPEAR AS ATTORNEY-IN-CHARGE FOR PETITIONER**

After consideration of the Unopposed Motion for Leave for David D. Karr to Withdraw as Attorney-in-Charge for Petitioner and for Howard M. Haenel to Appear as Attorney-in-Charge for Petitioner,

IT IS HEREBY ORDERED that the Motion is granted. Effective the date of this Order, David D. Karr is permitted to withdraw and deemed to have withdrawn as Attorney-in-Charge for Petitioner and Howard M. Haenel is given leave to appear, has appeared and is deemed to be the Attorney-in-Charge for Petitioner.

SIGNED in Brownsville, Texas on _August 26_, 1998.

_____
Judge Presiding