60

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 16 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO BARRIENTES,<br>    Petitioner,<br><br>VS.<br><br>JAMES A. COLLINS, DIRECTOR,<br>Texas Department of Criminal Justice<br>Institutional Division,<br>    Respondent. | §<br>§<br>§<br>§    CIVIL ACTION NO. B-89-044<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Petitioner's Application For Certificate Of Probable Cause To Authorize Appeal. Although Petitioner claims exemption from the Antiterrorism and Effective Death Penalty Act (AEDPA) due to the filing date of his original petition, this Court finds that the AEDPA is applicable and Petitioner's Application shall be construed as an Application for Certificate of Appealability under 28 U.S.C.A. §2253. *Graham v. Johnson*, 168 F.3d 762 (5th Cir. 1999). As such, it is this Court's opinion that Petitioner fails to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C.A. §2253(c)(2).

It is therefore, **ORDERED, ADJUDGED AND DECREED** that Petitioner's Application For Certificate of Probable Cause to Authorize Appeal now construed as Petitioner's Application for Certificate of Appealability is **DENIED**.

Done in Brownsville, Texas, this 16th day of April, 1999.

Filemon B. Vela
United States District Judge