62

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO BARRIENTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. B-89-044 |
| ) | |
| GARY L. JOHNSON, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Institutional Division, ) | |
| ) | |
| Respondent. ) | |

**ORDER TO PRODUCE MATERIALS PERTAINING TO INVESTIGATION OF THE 1979 UNADJUDICATED MURDER**

IT IS HEREBY ORDERED that Petitioner's oral motion made at the Court's September 7, 2000, telephonic status conference for production of the State's investigative materials relating to its investigation of the April 5, 1979, murder of Ronald Roger Vance (the material referred to as the "Sheriff File" in the 5th Circuit's August 7, 2000, opinion in this matter) is GRANTED.

Respondent is ORDERED to take the following action on or before September 15, 2000, at 5:00 p.m.: (1) to file with the Court the original of all investigative materials compiled, gathered or maintained by the State of Texas, including by the Cameron County, Texas, Sheriff's Office and any other local political subdivision or local government thereof, relating to the investigation of the murder of Ronald Roger Vance on or about April 5, 1979, and (2) to provide counsel of record for Petitioner with a certified copy of all such investigative materials filed with the Court and certified by the State as a complete and accurate copy of the original.

Done this 7th day of September, 2000.

Filemon B. Vela
United States District Court