73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BARRIENTES, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-89-044 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
| Texas Department of Criminal Justice, | § | |
|     Respondent. | § | |

## FINAL JUDGEMENT

BEFORE the Court are Petitioner's Motion for Evidentiary Hearing (Docket No. 67) and Petitioner's Motion for Summary Judgement and Supporting Memorandum Brief (Docket No. 71). On the 12th day of January, 2001, this Court entered an agreed Order Granting Writ of Habeas Corpus (Docket No. 72). This Order has made the two motions remaining before the Court *moot*.

It is therefore, ORDERED, ADJUDGED, and DECREED that this case is CLOSED.

It is further, ORDERED that the Clerk send a copy of this Order to all attorneys of record.

SIGNED this 22nd day of JANUARY, 2001, at Brownsville, Texas.

Honorable Filemon B. Vela
United States District Judge