| CJA 30 (Rev 4/96) | DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL | D 50931 |
|---|---|---|

| 1. JURISDICTION TXSBR | ☒ DISTRICT COURT 2 ☐ COURT OF APPEALS 3 | 2a. DISTRICT COURT DOCKET NO. B-89-CV-044 | 2b. COURT OF APPEALS DOCKET NO. 98-40348 | 3. FOR (DISTRICT/CIRCUIT) Southern District-TEXAS Brownsville Division |
|---|---|---|---|---|
| 4. LOC. CODE | 5. CHARGE/OFFENSE (U.S. or other code citation) 28 USC Section 2254 | | 6. CASE CODE ☒ D-1  ☐ D-2  ☐ D-3  ☐ D-4 | |
| 7. IN THE CASE OF ANTONIO BARRIENTES | vs Gary L. Johnson, Drctr of Texas Dept. of Criminal Justice | | 8. PERSON REPRESENTED (Last Name, First Name, Middle Initial) BARRIENTES, Antonio | |

9. PERSON REPRESENTED (Status)
1 ☐ DEFENDANT  2 ☒ HABEAS PETITIONER  3 ☐ APPELLANT  4 ☐ APPELLEE  5 ☐ OTHER ____

10. COURT ORDER
O ☒ Appointing Counsel   C ☐ Co-Counsel   P ☐ Subs. for Panel Atty.   F ☐ Subs. for Federal Public or Community Defender   R ☐ Subs for Retained Atty.

Name of Prior Attorney: ____    Appt. Date ____    Voucher No. ____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

b) The attorney named in block 11 is appointed to serve as: ☒ Lead Counsel  ☐ Co-Counsel

Name of Co-Counsel: Howard M. Haenel, ESQ.

Appointment Date: ____    Voucher No.: ____

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

☐ d) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation are approved pursuant to the attached order.

_[signature]_
Sig of Presiding Judicial Officer or by Order of Court (Clerk/Deputy)

1-23-01
Date of Order    Nunc Pro Tunc Date

11. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
Howard M. Haenel, ESQ.
Antonio Bates Bernard Professioanl Corporation
3200 Cherry Creek So. Dr., Ste 380
Denver, Colorado  80209

12. WORK PHONE  303-733-3500

13A. Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation?
☒ Yes   ☐ No

13B. SOCIAL SECURITY NO. (Only provide per instructions)

13C. EMPLOYER I.D. NO. (only provide per instructions)

13D. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

14. STAGE OF PROCEEDING
Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a **separate** voucher for **each** stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDINGS | |
|---|---|---|---|---|---|
| a ☐ Pre-Trial | e ☐ Appeal | g ☐ Habeas Petition | k ☐ Petition for Supreme Court Writ of Certiorari | l ☐ Stay of Execution | o ☐ Other (Please attach description of Proceeding) |
| b ☐ Trial | f ☐ Petition for Supreme Court Writ of Certiorari | h ☐ Evidentiary Hearing | | m ☐ Appeal of Denial of Stay | |
| c ☐ Sentencing | | i ☐ Dispositive Motions | | n ☐ Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | |
| d ☐ Other Post Trial | | j ☐ Appeal | | | |

| 15. HOURS, BY CATEGORY Indicate the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14: | CATEGORIES | HOURS | SUBTOTALS: |
|---|---|---|---|
| | a. In-Court Hearings | | In Court (a) ____ |
| | b. Interviews and Conferences with Client | | Out of Court (b thru j): ____ |
| | c. Witness Interviews | | |
| | d. Consultation with Investigators & Experts | | × Hourly Rate ($ ____ ) |
| On a separate sheet, provide a detailed description of the services performed, including the amounts of time spent and the dates on which the services were performed. | e. Obtaining & Reviewing the Court Record | | |
| | f. Obtaining and Reviewing Documents and Other Evidence | | 15A. TOTAL AMOUNT CLAIMED: $ |
| | g. Consulting with Resource Center | | |
| | h. Legal Research and Writing | | |
| | i. Travel | | |
| | j. Other (Please Attach Description of Service) | | |

| 16. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | 16A. TOTAL TRAVEL EXP. $ |
| | | | | | 16B. TOTAL OTHER EXP. $ |
| | | | | | 17. GRAND TOTAL CLAIMED $ |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD ____ TO ____

F ☐ Final Payment   I ☐ Interim Payment No. ____
S ☐ Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES  ☐ NO
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES  ☐ NO

If yes, give details on additional sheets. ____
I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE ____    DATE ____

### APPROVED FOR PAYMENT

| 19. COMPENSATION $ | 20. TRAVEL EXPENSE $ | 21. OTHER EXPENSES $ | 22. TOTAL AMOUNT APPROVED $ |
|---|---|---|---|
| 23. SIGNATURE PRESIDING JUDICIAL OFFICER | | 24. DATE | 25. JUDGE CODE |

**ORIGINAL-RETAINED BY FINANCIAL DEPUTY CLERK**