CJA 30
(Rev. 4/96)

## DEATH PENALTY PROCEEDINGS:
## APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

# D 50932

| 1. JURISDICTION | [X] DISTRICT COURT 2<br>[ ] COURT OF APPEALS 3 | 2a. DISTRICT COURT DOCKET NO.<br>B-89-CV-044 | 2b. COURT OF APPEALS DOCKET NO.<br>98-40348 | 3. FOR (DISTRICT/CIRCUIT)<br>Southern District/Texas<br>Brownsville Division |
|---|---|---|---|---|

| 4. LOC. CODE<br>TXSBR | 5. CHARGE/OFFENSE (U.S. or other code citation)<br>28 U.S.C. Section 2254 | 6. CASE CODE<br>[X] D-1 [ ] D-2 [ ] D-3 [ ] D-4 |
|---|---|---|

| 7. IN THE CASE OF<br>Antonio Barrientes vs Gary L. Johnson, Dir. of Texas Dept. of Corrections | 8. PERSON REPRESENTED (Last Name, First Name, Middle Initial)<br>Antonio Barrientes |
|---|---|

**9. PERSON REPRESENTED (Status)**

1 [ ] DEFENDANT  2 [X] HABEAS PETITIONER  3 [ ] APPELLANT  4 [ ] APPELLEE  5 [ ] OTHER _____

**10. COURT ORDER**

O [X] Appointing Counsel  C [ ] Co-Counsel  P [ ] Subs. for Panel Atty.  F [ ] Subs. for Federal Public or Community Defender  R [ ] Subs for Retained Atty.

Name of Prior Attorney: _____  Appt. Date _____  Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case.

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e.g., lead counsel or co-counsel).

[ ] d) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation are approved pursuant to the attached order.

b) The attorney named in block 11 is appointed to serve as: [ ] Lead Counsel [X] Co-Counsel

Name of Co-Counsel: Howard M Haenel

Appointment Date: _____  Voucher No.: _____

Sig. of Presiding Judicial Officer or by Order of Court (Clerk/Deputy)

Date of Order: 1-25-01  Nunc Pro Tunc Date: _____

| 11. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS<br>Todd E. Kastetter, Esq.<br>Montgomery, Kolody, Amatuzio, Dusbabek & Parker<br>600 17th St., Suite 2400<br>Denver, Colorado 80202 | 13B. SOCIAL SECURITY NO. (Only provide per instructions) | 13C. EMPLOYER I.D. NO. (Only provide per instructions) |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JAN 2 5 2001

Michael N. Milby
Clerk of Court

12. WORK PHONE
303-592-6600

13A. Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation? [X] Yes [ ] No

13D. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

**14. STAGE OF PROCEEDING**

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

**CAPITAL PROSECUTION**
a [ ] Pre-Trial
b [ ] Trial
c [ ] Sentencing
d [ ] Other Post Trial
e [ ] Appeal
f [ ] Petition for Supreme Court Writ of Certiorari

**HABEAS CORPUS**
g [ ] Habeas Petition
h [ ] Evidentiary Hearing
i [ ] Dispositive Motions
j [ ] Appeal
k [ ] Petition for Supreme Court Writ of Certiorari
l [ ] Stay of Execution
m [ ] Appeal of Denial of Stay
n [ ] Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay

**OTHER PROCEEDINGS**
o [ ] Other (Please attach description of Proceeding)

**15. HOURS, BY CATEGORY**

Indicate the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14:

On a separate sheet, provide a detailed description of the services performed, including the amounts of time spent and the dates on which the services were performed.

| CATEGORIES | HOURS | SUBTOTALS: |
|---|---|---|
| a. In-Court Hearings | | In Court (a) _____ |
| b. Interviews and Conferences with Client | | Out of Court (b thru j): |
| c. Witness Interviews | | |
| d. Consultation with Investigators & Experts | | × Hourly Rate ($ ) |
| e. Obtaining & Reviewing the Court Record | | |
| f. Obtaining and Reviewing Documents and Other Evidence | | 15A. TOTAL AMOUNT CLAIMED: |
| g. Consulting with Resource Center | | |
| h. Legal Research and Writing | | |
| i. Travel | | |
| j. Other (Please Attach Description of Service) | | $ |

| 16. | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| EXPENSES | | | | | 16A. TOTAL TRAVEL EXP.<br>$ |
| | | | | | 16B. TOTAL OTHER EXP.<br>$ |
| | | | | | 17. GRAND TOTAL CLAIMED<br>$ |

**18. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F [ ] Final Payment  I [ ] Interim Payment No. _____  S [ ] Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for? [ ] YES [ ] NO
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? [ ] YES [ ] NO

If yes, give details on additional sheets. _____

I swear or affirm the truth or correctness of the above statements ►

SIGNATURE OF ATTORNEY/PAYEE ►  DATE

## APPROVED FOR PAYMENT

| 19. COMPENSATION<br>$ | 20. TRAVEL EXPENSE<br>$ | 21. OTHER EXPENSES<br>$ | 22. TOTAL AMOUNT APPROVED<br>$ |
|---|---|---|---|
| 23. SIGNATURE PRESIDING JUDICIAL OFFICER | | 24. DATE | 25. JUDGE CODE |