CJA 30
(Rev 4/96)

D 50932
D 50933

# DEATH PENALTY PROCEEDINGS:
## APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1 JURISDICTION | 2a DISTRICT COURT DOCKET NO | 2b COURT OF APPEALS DOCKET NO | 3 FOR (DISTRICT/CIRCUIT) |
|---|---|---|---|
| XX DISTRICT COURT 2<br>☐ COURT OF APPEALS 3 | B-89-CV-044 | 98-40348 | Southern Dist./Texas Brownsville Division |

| 4 LOC CODE | 5 CHARGE/OFFENSE (U S or other code citation) | 6 CASE CODE |
|---|---|---|
| TXSBR | 28 USC Section 2254 | XX D-1  ☐ D-2  ☐ D-3  ☐ D-4 |

| 7 IN THE CASE OF | 8 PERSON REPRESENTED (Last Name, First Name, Middle Initial) |
|---|---|
| Antonio Barrientes   vs   Gary L. Johnson, Dir. of Texas Dept. of Corrections | Antonio Barrientes |

**9 PERSON REPRESENTED (Status)**
1 ☐ DEFENDANT  2 ☒ HABEAS PETITIONER  3 ☐ APPELLANT  4 ☐ APPELLEE  5 ☐ OTHER _____

**10 COURT ORDER**

O ☒ Appointing Counsel  C ☐ Co-Counsel  P ☐ Subs for Panel Atty.  F ☐ Subs for Federal Public or Community Defender  R ☐ Subs for Retained Atty.

Name of Prior Attorney _____   Appt. Date _____   Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 11, who has been determined to possess the specific qualifications required by law, is appointed to represent this person in this case

c) If you represented the defendant or petitioner in any prior proceeding, attach a listing of those proceedings and describe your role in each (e.g , lead counsel or co-counsel)

☐ d) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time for such a period without compensation, interim payments of compensation are approved pursuant to the attached order

b) The attorney named in block 11 is appointed to serve as:   ☐ Lead Counsel   ☐ Co-Counsel

Name of Co-Counsel: __Howard M. Haenel__

Appointment Date: _____   Voucher No _____

Sig of Presiding Judicial Officer or by Order of Court (Clerk/Deputy)

_____
Date of Order _____   Nunc Pro Tunc Date _____

| 11 FULL NAME OF ATTORNEY/PAYEE (First Name, M I , Last Name, Including Suffix) AND MAILING ADDRESS | 13B. SOCIAL SECURITY NO (Only provide per instructions) | 13C EMPLOYER (only...) |
|---|---|---|
| Todd E. Kastetter, Esq.<br>Montgomery, Kolodny, Amatuzio, Dusbabek & Parker<br>475 Seventeenth St., 16th Floor<br>Denver, Colorado  80202 | | |

United States District Court
Southern District of Texas
FILED

**13D** NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

MAR 0 5 2001

Michael N. Milby
Clerk of Court

| 12 WORK PHONE | 13A Does the attorney have the preexisting agreement (see instructions) with a corporation, including a professional corporation? |
|---|---|
| 303-592-6600 | ☒ Yes  ☐ No |

## CLAIM FOR SERVICES OR EXPENSES

**14 STAGE OF PROCEEDING**

Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding  CHECK NO MORE THAN ONE BOX  Submit a **separate** voucher for **each** stage of the proceeding

| CAPITAL PROSECUTION | HABEAS CORPUS | OTHER PROCEEDINGS |
|---|---|---|
| a ☐ Pre-Trial<br>b ☐ Trial<br>c ☐ Sentencing<br>d ☐ Other Post Trial | e ☐ Appeal<br>f ☐ Petition for Supreme Court Writ of Certiorari | g ☐ Habeas Petition<br>h ☐ Evidentiary Hearing<br>i ☐ Dispositive Motions<br>j ☐ Appeal | k ☐ Petition for Supreme Court Writ of Certiorari | l ☐ Stay of Execution<br>m ☐ Appeal of Denial of Stay<br>n ☐ Petition for Writ of Certiorari to Supreme Court Regarding Denial of Stay | o ☐ Other (Please attach description of Proceeding) |

**15 HOURS, BY CATEGORY**
Indicate the number of hours expended for the following categories of work performed during the stage of proceedings at Item 14.

On a separate sheet, provide a detailed description of the services performed, including the amounts of time spent and the dates on which the services were performed

| CATEGORIES | HOURS | SUBTOTALS |
|---|---|---|
| a In-Court Hearings | | In Court (a) _____ |
| b Interviews and Conferences with Client | | Out of Court (b thru j): _____ |
| c. Witness Interviews | | |
| d. Consultation with Investigators & Experts | | × Hourly Rate ($ _____ ) |
| e Obtaining & Reviewing the Court Record | | |
| f Obtaining and Reviewing Documents and Other Evidence | | 15A TOTAL AMOUNT CLAIMED. |
| g Consulting with Resource Center | | |
| h Legal Research and Writing | | |
| i. Travel | | |
| j. Other (Please Attach Description of Service) | | $ |

| 16 | TRAVEL, LODGING, MEALS ETC | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| EXPENSES | | | | | 16A. TOTAL TRAVEL EXP<br>$ |
| | | | | | 16B TOTAL OTHER EXP<br>$ |
| | | | | | 17 GRAND TOTAL CLAIMED<br>$ |

**18 CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No _____
S ☐ Supplemental Payment

Has compensation and/or reimbursement for work in this case previously been applied for?  ☐ YES  ☐ NO
Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation?  ☐ YES  ☐ NO

If yes, give details on additional sheets. _____

I swear or affirm the truth or correctness of the above statements ▶ _____   ▶ _____

SIGNATURE OF ATTORNEY/PAYEE _____   DATE _____

## APPROVED FOR PAYMENT

| 19. COMPENSATION | 20. TRAVEL EXPENSE | 21. OTHER EXPENSES | 22 TOTAL AMOUNT APPROVED |
|---|---|---|---|
| $ | $ | $ | $ |

| 23 SIGNATURE PRESIDING JUDICIAL OFFICER | 24. DATE | 25 JUDGE CODE |
|---|---|---|
| | | |

## COPY 4 - FILED IN COURT'S CASE FILE  AFTER CLERK ENTERS APPOINTMENT DATA