IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO BARRIENTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. B-89-044 |
| ) | |
| GARY L. JOHNSON, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Institutional Division, ) | |
| ) | |
| Respondent. ) | |

**PETITIONER'S MOTION FOR FORTHWITH TELEPHONE HEARING ON FORTHWITH MOTION TO ENFORCE JANUARY 12, 2001 ORDER AND STIPULATION OF STATE**

PETITIONER ANTONIO BARRIENTES, Texas Department of Corrections Inmate No. 793, by his undersigned counsel, hereby moves this Court to set a forthwith telephone hearing on Petitioner's Motion to Enforce January 12, 2001 Order and Stipulation of State, and

AS GROUNDS THEREFOR state that Petitioner alleges he is being confined in violation of this Court's January 12, 2001 Order (the "Order") which granted a Writ of Habeas Corpus requiring Petitioner's release from State custody unless the State timely undertook certain actions. The State has failed timely to take the action required by the Order and Petitioner remains in State custody in violation of his federal constitutional rights and this Court's Order.

WHEREFOR Petitioner requests a forthwith telephone hearing on his Motion to Enforce January 12, 2001 Order and Stipulation of State.

Dated August 2, 2001.

Respectfully submitted,

*[signature]* For and with permission

Howard M. Haenel
Attorney in Charge
Antonio Bates Bernard Professional Corporation
3200 Cherry Creek Drive South, Suite 380
Denver, CO 80209
(303) 733-3500
(303) 733-3555 (fax)

Of Counsel:

Todd E. Kastetter
Sagrillo Hammond & Dineen LLC
1330 17th Street, Suite 100
Denver, CO 80202
(303) 825-4900
(303) 893.2363(fax)

Joseph A. Connors III
So. Dist. Tx. Bar Id. No. 3799
Texas Bar No. 04705400
P. O. Box 5838
McAllen, Texas 78502-5838
(956) 687-8217
(956) 687-8230

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of August, 2001, a copy of the foregoing **PETITIONER'S MOTION FOR FORTHWITH TELEPHONE HEARING ON FORTHWITH MOTION TO ENFORCE JANUARY 12, 2001 ORDER AND STIPULATION OF STATE** was served on opposing counsel by telefacsimile and first class, postage pre-paid, U.S. Mail addressed to:

Kelli Weaver
Assistant Attorney General
Office of Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711,

*Via Telefacsimile at 512-320-8132*

_____
Attorney for Petitioner