80

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANTONIO BARRIENTES § | |
| § | |
| VS. § | CIVIL ACTION NO. B-89-044 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION § | |

### BARRIENTES' NOTICE OF MOOTNESS AND DISMISSAL REQUEST

ANTONIO BARRIENTES, the above cause's Petitioner, files this dismissal request and mootness notice that in cause no. 84-CR-314-C pending in the 197th district court of Cameron County, Texas, the presiding judge did on August 10, 2001, sentence Petitioner Antonio Barrientes to life for that case's capital murder crime of conviction.

Thus, Antonio Barrientes requests that in the above federal case, this court dismiss this Petitioner's pending Forthwith Motion to Enforce January 12, 2001 Order and Stipulation of State: Mr. Barrientes must be released from custody [the "Pending Motion"], since the state court's entry of the above life sentence has mooted Petitioner's pending said motion in the above federal civil action. Thus, Petitioner also requests that all hearings scheduled herein be cancelled.

Respectfully submitted by
Petitioner's attorneys,

_/s/_

HOWARD M. HAENEL
LEAD COUNSEL
Antonio Bates Bernard P.C.
3200 Cherry Creek S. Dr., #380
Denver, Colorado 80209
(303) 733-3500 / 733-3555 FAX

_/s/_

JOSEPH A. CONNORS III
OF COUNSEL
Texas Bar No. 04705400
S. Dist. Texas Bar No. 3799
P.O. Box 5838
McAllen, Texas 78502-5838
(956) 687-8217 / 687-8230 FAX

## CERTIFICATE OF CONFERENCE

Undersigned certifies that on August 9, 2001, he consulted with opposing counsel Assistant Attorney General Kelli L. Weaver and Assistant County Attorney Karen Fisher, who do not oppose the above motion.

_____
JOSEPH A. CONNORS III

## CERTIFICATE OF SERVICE

Undersigned certifies that on August 9 and 10, 2001, he faxed a copy of this notice and request, and its proposed order to opposing counsel:

Ass't Attorney General Kelli L. Weaver at (512) 936-1280; and

Ass't County Attorney Karen Fisher at (956) 544-0869.

_____
JOSEPH A. CONNORS III

FED13:2MOOTNESS.AB                    2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BARRIENTES | § § | |
| VS. | § § | CIVIL ACTION NO. <u>B-89-044</u> |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | § § § § | |

## <u>ORDER</u>

Came on for consideration Petitioner Antonio Barrientes' Notice of Mootness and Request for Dismissal. After considering same, the court ruled. It is Ordered that in the above cause Petitioner's Forthwith Motion to Enforce January 12, 2001 Order and Stipulation of State is moot and hereby dismissed; and that the hearing scheduled herein is hereby cancelled.

Signed on August _____, 2001, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE