81

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANTONIO BARRIENTES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-89-044 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE
(WILL NOT BE NECESSARY IF CASE HAS BEEN DISMISSED)**

PLACE:                                           ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE          SECOND FLOOR COURTROOM, #2
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              CONTINUED TO DATE AND TIME:

**AUGUST 13, 2001 AT 2:00 P.M.**                 **SEPTEMBER 13, 2001 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 9, 2001

TO:     MR. JOSEPH CONNORS, III
        MR. HOWARD HAENEL
        MR. TODD E. KASTETTER
        MR. KELLI WEAVER