8c

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO BARRIENTES | § § | |
| VS. | § § | CIVIL ACTION NO. B-89-044 |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | § § § § | |

### ORDER

Came on for consideration Petitioner Antonio Barrientes' Notice of Mootness and Request (DOCKET NO. 80) for Dismissal. After considering same, the court ruled. It is Ordered that in the above cause Petitioner's Forthwith Motion to Enforce January 12, 2001 Order and Stipulation of State is moot and hereby dismissed; and that the hearing scheduled herein is hereby cancelled.

Signed on August __13__, 2001, at Brownsville, Texas.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

FED13:2MOOTNESS.AB                                3

ClibPDF - www.fastio.com